# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1310
L.T. Case No. 2023-DR-000794-DVXXMA

_____

HECTOR IVAN DIAZ,

    Appellant,

    v.

BLANCA ROSADO,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
L.E. Hutton, Judge.

Hector Ivan Diaz, Brandon, pro se.

Blanca Rosado, Jacksonville, pro se.

August 5, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____